[No. 31483-5-II.   Division Two.   February 8, 2005.]

THE STATE OF WASHINGTON, *Respondent*, v. NICCOLE MARIE CHARLES, *Appellant*.

Appeal from a judgment of the Superior Court for Clallam County, No. 03-1-00224-0, Kenneth D. Williams, J., entered February 24, 2004. *Affirmed* by unpublished opinion per Armstrong, J., concurred in by Houghton and Bridgewater, JJ.

[No. 32066-5-II.   Division Two.   February 8, 2005.]

THE STATE OF WASHINGTON, *Respondent*, v. KENNETH LAMAR RILEY, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 04-1-02255-1, Beverly Grant, J., entered July 28, 2004. *Reversed* by unpublished opinion per Quinn-Brintnall, C.J., concurred in by Morgan and Van Deren, JJ.

[Nos. 22022-2-III; 22566-6-III.   Division Three.   February 8, 2005.]

*In the Matter of the Marriage of* YOLANDA BLAKELY, *Respondent*, and RALPH HOWARD BLAKELY, JR., *Appellant*.

Appeals from judgments of the Superior Court for Spokane County, No. 95-3-01916-0, Linda G. Tompkins, J., entered April 1 and November 4, 2003. *Affirmed* by unpublished opinion per Sweeney, J., concurred in by Kato, C.J., and Schultheis, J.

[No. 22191-1-III.   Division Three.   February 8, 2005.]

THE STATE OF WASHINGTON, *Respondent*, v. ERENDIRA HERNANDEZ, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 02-1-01225-7, Linda G. Tompkins, J., entered June 17, 2003. *Affirmed* by unpublished opinion per Schultheis, J., concurred in by Sweeney, A.C.J., and Brown, J.